IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00452-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TANNA RAE McANALLY,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY DAVID M. EBEL

    The Change of Plea Hearing scheduled on November 23, 2010, at 2:00 p.m. is <u>rescheduled</u> to November 23, 2010, at **3:30 p.m.**

    DATED:  November 16, 2010