# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  10-cr-00452-MSK-01 |
| TANNA RAE MCANALLY | USM Number:  37164-013 |
| | Scott T. Poland, Appointed<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 13 and 14, as alleged in the probation officer's petition, and was found guilty of violations 6 through 12 after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 6 | Violation of the Law (Contributing to the Delinquent of a Minor) | 06/19/11 |
| 7 | Possession and Use of Controlled Substance | 08/29/11 |

The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Court dismissed violations 1 through 5.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

August 23, 2012
Date of Imposition of Judgment

*/s/ Marcia S. Krieger*
Signature of Judge

Marcia S. Krieger, U.S. District Judge
Name & Title of Judge

August 29, 2012
Date

DEFENDANT: TANNA RAE MCANALLY
CASE NUMBER: 10-cr-00452-MSK-01                                  Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 8 | Violation of the Law (Harassment-Inconvenient Hours) | 09/26/11 |
| 9 | Failure to Work Regularly | 02/28/11 |
| 10 | Failure to Comply with Rules of Residential Reentry Center (RRC) | 03/01/12 |
| 11 | Failure to Participate in Mental Health and Substance Abuse Treatment as Directed by the Probation Officer | 07/30/12 |
| 12 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 08/13/12 |
| 13 | Possession and Use of Controlled Substance | 06/03/12 |
| 14 | Possession and Use of Controlled Substance | 06/08/12 |

DEFENDANT:  TANNA RAE MCANALLY
CASE NUMBER:  10-cr-00452-MSK-01                                                                 Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months.

The Court recommends that the defendant receive a medical assessment while in Bureau of Prisons and should include an assessment of all her current conditions and the degree to which they require pharmaceutical treatment.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal